UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Khinmay H.,[1]                                         Civil No. 23-1540 (PJS/LIB)

        Plaintiff,

vs.                                                     ORDER ADOPTING
                                                REPORT AND RECOMMENDATION

Martin J. O'Malley,
Commissioner of Social Security Administration,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's request for relief, [Docket No. 17], is **DENIED** and;

2. Defendant's request for relief, [Docket No. 19], is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 16, 2024                         s/Patrick J.Schiltz
At Minneapolis, Minnesota                      Patrick J. Schiltz, Chief Judge
                                               United States District Court

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Thus, when the Court refers to Plaintiff by her name, only her first name and last initial are provided.